IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
APR 27 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) CASE NUMBER 3:10-cr-30173-DRH |
| ROMAN OTTO CONAWAY, | ) ) ) |
| Defendant. | ) |

### NOTICE REGARDING ENTRY OF PLEA OF GUILTY BEFORE A MAGISTRATE JUDGE

In the event the Defendant decides at any time before trial to enter a plea of guilty, a U.S. Magistrate Judge is authorized by SDIL Rule 72.1(b)(2), with the consent of the Defendant and the United States of America, to conduct the proceedings required by Federal Rule of Criminal Procedure 11 incident to the plea. If, after conducting such proceedings, the Magistrate Judge determines that there is a factual basis for the plea and that the plea is knowingly and voluntarily made then the plea of guilty will be accepted. A presentence investigation and report will be ordered pursuant to Federal Rule of Criminal Procedure 32. The assigned U.S. District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

### CONSENT

I hereby declare my intention to enter a plea of guilty in the above-captioned case, and I request and consent to a U.S. Magistrate Judge conducting the proceedings required by Federal Rule of Criminal Procedure 11 incident to the plea. I understand that if my plea of guilty is then accepted by the Magistrate Judge, the District Judge will decide whether to accept or reject any plea agreement I may have with the United States, and will impose sentence. *A plea of guilty accepted by the Magistrate Judge cannot later be withdrawn unless the Defendant can show a fair and just reason for requesting the withdrawal.*

_____          Date 27/april/2011
Defendant

_____          Date 4-27-2011
Defendant's Attorney

On behalf of the United States of America, I hereby request and consent to a U.S. Magistrate Judge conducting the proceedings required by Federal Rule of Criminal Procedure 11 incident to the above listed Defendant entering a plea of guilty. It is understood that if the Defendant's plea of guilty is then accepted by the Magistrate Judge, the District Judge will decide whether to accept or reject any plea agreement that may have been entered into, and will adjudicate guilt and impose sentence thereafter.

**UNITED STATES OF AMERICA**

By: _____          Date: 4-27-11
Assistant United States Attorney