IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN OTTO CONAWAY,<br><br>Defendant. | No. 10-cr-30173-DRH-1 |

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is defendant Roman Otto Conaway's motion to continue the sentencing hearing (Doc. 49) currently set for August 19, 2011. Defendant indicates additional time is needed for preparation of a forensic report concerning mental health issues of defendant. For the reasons stated in the motion, the Court GRANTS the motion. The Court CONTINUES the sentencing hearing to Friday, September 23, 2011, at 3:30 p.m.

**IT IS SO ORDERED.**

Signed this 15th day of August, 2011.

Digitally signed by David R. Herndon
Date: 2011.08.15 11:10:10 -05'00'

**Chief Judge
United States District Court**